JOHN W. RICHARDSON
2941 Park Avenue, Suite H
Soquel, CA 95073
Telephone: (831) 475-2404



FILED

JAN - 3 2005

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Trustee in Bankruptcy
JOHN W. RICHARDSON

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

AGENA TECHNOLOGIES CORPORATION

Debtor(s)

Case No. 99-51691-JRG

Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $22,080.22. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 00007 | Associates Capital Bank<br>Dba Office Depot Credit Plan<br>PO Box 7004<br>Sioux Falls, SD 57117 | $939.37 | $92.88 |
| 00028 | Centron Electronics<br>20 Morgan<br>Irvine, CA 92618 | $173.82 | $17.19 |
| 00035 | TUV America, Inc.<br>Post Office Box 5 0735<br>Woburn, CA 01815-0735 | $450.00 | $44.49 |
| 00040 | Unique Technologies, Inc.<br>6933 Berry Ave.<br>Buena Park, CA 90620 | $51,814.70 | $5,123.18 |
| 00042 | Graphi Code<br>1220 Village Way<br>Santa Ana, CA 92705 | $4509.00 | $445.83 |

| | | | |
|---|---|---|---|
| 00044 | Capsco Sales<br>1031 Kiel Ct.<br>Sunnyvale, CA  94089 | $74,773.00 | $7,393.18 |
| 00045 | Richard Sutherland<br>16811 Lark Lane<br>Huntington Beach, CA  92649 | $4,153.85 | $230.69 |
| 00063 | Mitron Corporation<br>Genrad, Inc.<br>Dept CH  10571<br>Palatine, IL  60055-0571 | $77,896.14 | $7,701.98 |
| 00076A | Hector Chavarria<br>347 Soledad Street<br>Salinas, CA  93901 | $511.00 | $287.03 |
| 00076B | Hector Chavarria<br>347 Soledad Street<br>Salinas, CA  93901 | $2,117.60 | $117.60 |
| 00077 | Access to Computer Supply<br>Dept. 05881 Box 39000<br>San Francisco, CA  94139-5881 | $96.69 | $9.56 |
| 00083A | Conrado Villanueva<br>263 Front Street 10<br>Soledad, CA  93960 | $376.50 | $211.48 |
| 00083B | Conrado Villanueva<br>263 Front Street 10<br>Soledad, CA  93960 | $1,004.00 | $55.78 |
| 00100A | Juan Vasquez<br>152 Napa Street<br>Watsonville, CA  95076 | $452.00 | $253.90 |
| 00100A | Juan Vasquez<br>152 Napa Street<br>Watsonville, CA  95076 | $1,718.75 | $95.45 |

Total Unclaimed Dividends    $22,080.22

Dated: December 29, 2004

JOHN W. RICHARDSON, TRUSTEE